UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERENCE WADE BANKS,

               Plaintiff,

-against-

KEVIN KIM; DR. HEGMAN; SARAH LEE;
NIKHIL AGRAWAL,

               Defendants.

24-cv-7171(LTS)

CIVIL JUDGMENT

For the reasons stated in the November 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 15, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge